TIM *et al.,* Respondents, *v.* SPIEGELBERG, Appellant.

*(Common Pleas of New York City and County, General Term.* March 12, 1891.)

Appeal from seventh district court.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*Brooke & Brooke,* for appellant.   *D. Tim,* for respondents.

No opinion. Judgment reversed, and a new trial ordered upon the condition that the appellant within 10 days pay costs of former trial, and appeal. Otherwise judgment affirmed, with costs.